# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

| | | |
|---|---|---|
| SCOTT SULLIVAN and<br>FRANK DELLACROCE, | §<br>§<br>§ | |
| Plaintiffs, | §<br>§<br>§ | CASE NO. 4:24-cv-03638 |
| vs. | §<br>§ | |
| STEWART A. FELDMAN, *et al.*, | §<br>§<br>§ | |
| Defendants. | § | |

## NOTICE OF INTERLOCUTORY APPEAL

Defendants, the Feldman / Capstone Parties[1] and the TUFTA Defendants,[2] give notice

---

[1] Stewart A. Feldman, individually, The Feldman Law Firm LLP, Capstone Associated Services, Ltd., Capstone Associated Services (Wyoming), Limited Partnership, and Capstone Insurance Management, Ltd. make up the "Feldman / Capstone Parties" in their role as appellants on appeal.

[2] The "TUFTA Defendants" mean all defendants but the Feldman / Capstone Parties. According to the complaint, the "TUFTA Defendants" mean Stewart A. Feldman as trustee of the 1998 Irrevocable Family Trust, Stewart A. Feldman as trustee of the Benjamin and Sylvia Feldman Grandchildren's Trust, Marla B. Matz, Capstone Holdings (Wyoming), LLC, A.M.Y. Property & Casualty Corp., A.M.Y. Operating Co., LLC, MNS Investments, Limited Partnership, MNS Management Corp., RSL Funding, LLC, RSL-3B-IL, Limited Partnership, RSL Special-IV, Limited Partnership, RSL-5B-IL, Limited Partnership, POC Lease Holdings, LLC, Extended Holdings, Limited Partnership, RSL 2012-1, LP, RSL-3B-IL Management, LLC, Chestnut Holdings, LLC, Mesquite Holdings, LLC, Property Express Funding, Ltd., PEF Management Corp., RSL 2012-1 Management LLC, RSL-5B-IL Management, LLC, Extended Management, LLC, RSL Special-IV Management Corp., 2075 Vermont Associates, LLC, Beringhouse Holdings, LLC, Capstone Holdings, LLC, and Capstone Holdings (Wyoming), Limited Partnership.

But the complaint misnames two of these "TUFTA Defendants," neither of which has ever existed – Capstone Associated (Wyoming), Limited Partnership and Capstone Holdings (Wyoming), Limited Partnership. Setting this misnomer aside, the complaint should instead name Capstone Associated Services (Wyoming), Limited Partnership as the correct entity in place of these other two. The defined term "TUFTA Defendants" therefore includes Capstone Associated Services (Wyoming), Limited Partnership as a party also appealing the Court's rulings. The complaint further misnames Capstone Holdings (Wyoming), LLC, which has never existed. The Doctors should have sued the correct entity – Capstone Associated Services (Wyoming), LLC as a defendant. Capstone Associated Services (Wyoming), LLC likewise meets the definition of a "TUFTA Defendant" that is appealing the Court's rulings. Next, RSL Special Management Corp. represents the correct defendant rather than "RSL Special-IV Management Corp." and qualifies as a "TUFTA Defendant" that is appealing. Finally, A.M.Y. Property & Casualty Insurance Corp. reflects the correct name for A.M.Y. Property & Casualty Corp., which has never existed. This actual "TUFTA Defendant" likewise is appealing.

that they are appealing to the United States Court of Appeals for the Fifth Circuit from the Court's (1) oral rulings issued on the record on April 25, 2025, denying their FRCP 12(b)(3) motion to dismiss by compelling arbitration and motion to stay proceedings, and (2) resulting "minute entry for miscellaneous hearing" that appears as Document No. 33 as of April 28, 2025.[3] *See* 9 U.S.C. § 16(a)(1)(A), (B); FED. R. APP. P. 4(a)(2).

Dated: May 22, 2025

Respectfully submitted,

/s/ *Jeff Joyce*
Jeff Joyce
Texas Bar No. 11035400
Federal Bar No.  10762
JOYCE LAW FIRM LLP
802 Country Lane
Houston, Texas 77024
(713) 222.1113
(713) 513.5577 (fax)
jjoyce@joycelawtx.com

**COUNSEL FOR DEFENDANTS STEWART A. FELDMAN, INDIVIDUALLY, AND IN HIS CAPACITY AS THE TRUSTEE OF THE 1998 IRREVOCABLE FAMILY TRUST, DATED NOVEMBER 1, 1998, AND AS TRUSTEE OF THE BENJAMIN AND SYLVIA FELDMAN GRANDCHILDREN'S TRUST; BERINGHOUSE HOLDINGS, LLC; AND THE FELDMAN LAW FIRM LLP**

/s/ *E. John Gorman*
E. John Gorman
Fed. Bar No. 5566
State Bar No. 08217560

---

[3] Although the Court has issued no written appealable order denying the motion to compel arbitration and motion to stay proceedings, the Feldman / Capstone Parties and the TUFTA Defendants are invoking FRAP 4(a)(2) out of an abundance of caution to prosecute this interlocutory appeal. *See* FED. R. APP. P. 4(a)(2). This appeal triggers the mandatory and automatic stay of the Court's proceedings imposed by *Coinbase, Inc. v. Bielski*, 599 U.S. 736, 738, 740-44, 747 (2023). A notice of the automatic *Coinbase* stay will follow on the heels of this notice of appeal.

Joseph F. Greenberg
Fed. Bar No. 1048592
State Bar No. 24059856
THE FELDMAN LAW FIRM LLP
510 Bering Dr., Suite 500
Houston, TX 77057-1457
(713) 850.0700
(713) 850.8530 (fax)
jgorman@feldlaw.com
jgreenberg@feldlaw.com

**ATTORNEYS FOR STEWART A. FELDMAN AND THE FELDMAN LAW FIRM LLP**


*/s/ Kevin Pennell*
Kevin Pennell
Texas Bar No. 24046607
Fed ID No. 583414
kevin@pennellfirm.com
PENNELL LAW FIRM PLLC
19 Briar Hollow Ln., Suite 110
Houston, TX 77027
(713) 965-7568
(713) 583-9455 (fax)

**COUNSEL FOR DEFENDANTS MARLA B. MATZ FELDMAN; CAPSTONE ASSOCIATED SERVICES (WYOMING), LIMITED PARTNERSHIP, MISNAMED AS CAPSTONE ASSOCIATED (WYOMING), LIMITED PARTNERSHIP AND CAPSTONE HOLDINGS (WYOMING), LIMITED PARTNERSHIP; CAPSTONE ASSOCIATED SERVICES (WYOMING), LLC, MISNAMED AS CAPSTONE HOLDINGS (WYOMING), LLC; CAPSTONE ASSOCIATED SERVICES, LTD.; CAPSTONE INSURANCE MANAGEMENT (ANGUILLA) LTD.; A.M.Y. OPERATING CO., LLC F/K/A A.M.Y. PROPERTY & CASUALTY INSURANCE CORP., MISNAMED AS A.M.Y. PROPERTY & CASUALTY CORP.; MNS INVESTMENTS, LIMITED PARTNERSHIP; MNS MANAGEMENT CORP.; RSL FUNDING, LLC; RSL-3B-IL, LIMITED PARTNERSHIP; RSL SPECIAL-IV, LIMITED PARTNERSHIP; RSL-5B-IL, LIMITED PARTNERSHIP; POC LEASE HOLDINGS, LLC;**

3

**EXTENDED HOLDINGS, LIMITED PARTNERSHIP; RSL 2012-1, LP; RSL-3B-IL MANAGEMENT, LLC; CHESTNUT HOLDINGS, LLC; MESQUITE HOLDINGS, LLC; PROPERTY EXPRESS FUNDING, LTD.; PEF MANAGEMENT CORP.; RSL 2012-1 MANAGEMENT LLC; RSL-5B-IL MANAGEMENT, LLC; EXTENDED MANAGEMENT, LLC; RSL SPECIAL MANAGEMENT CORP, MISNAMED AS RSL SPECIAL-IV MANAGEMENT CORP.; 2075 VERMONT ASSOCIATES, LLC; AND CAPSTONE HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I certify delivering a true and correct copy of this notice of appeal to all known counsel of record through the Court's ECF system on May 22, 2025.

*/s/ E. John Gorman*
E. John Gorman